UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ODELL, Wilson
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s):)*

2017 OCT 11  AM 10:47

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

WArden of WArren County
New Jersey
CorrectionAL, FAc
John. Doe

WArden of Rikers IslAnd
Building # OC-95

Dept of PArole New York State

Jury Trial: ☑ Yes  ☐ No
(check one)

**17 CV 7791**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   ODELL, Wilson
ID #   3101700704
Current Institution   R.N.D.C. CC-74
Address   11-11 HAZEN. Street.
East Elmhurst Queens. NY 10370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   John Doe WArden of WArren County   Shield # N/A
Where Currently Employed   _____
Address   WArren County New. Jersey

*Rev. 05/2010*                                          1

Defendant No. 2   Name **WArden of Rikers Island**   Shield # **N/A**
Where Currently Employed
Address **C-95**

Defendant No. 3   Name _____   Shield #_____
Where Currently Employed
Address

Defendant No. 4   Name _____   Shield #_____
Where Currently Employed
Address

Defendant No. 5   Name _____   Shield #_____
Where Currently Employed
Address

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
**WArren County Correctional FAC New Jersey County Jail**

B.   Where in the institution did the events giving rise to your claim(s) occur?
**WArren County Correctional FAC County Jail Intake.**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**June 18th 2008 thru September 2008 Released to the New York Police Department.**

D. Facts:

**What happened to you?**
On the date of June 18th 2008 I was arrested in Warren County for a parole violation However at said time of arrest I was not on (No parole).

**Who did what?**
Department of parole placed a warrant for my arrest, for not reporting to parole when I was never placed on post release supervision under State number 00R5947.

**Was anyone else involved?**
The Department of parole New York State.

**Who else saw what happened?**
The Judge who dismissed my case at said parole hearing. Also the lawyer who represented me at parole hearing.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I suffer from depression & anxiety. I have problems sleeping at night and developed a eating disorder. This is a result from being stressed out from my situation.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __Warren County Correctional Fac New.Jersey Rikers Island__

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ✓   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: __I did not know About filing for relief under the Civil rights Act.__

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                                    4

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
   _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
   _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of Sept, 2017

Signature of Plaintiff  ODell, Wilson
Inmate Number  310-1700704
Institution Address  11-11 Hazen St
RNDC. (C-74)
East Elmhurst N.Y
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 27th day of September, 2017, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ODell, Wilson

To the Attention of:

On around the 18th of June 2008 while driving in Warren County New Jersey, I was pulled over by Warren County Sheriff(s) who ran my plates, and informed me that I have (had) a warrant pending in New York City for a violation of parole under the State DIN Number 00R5949. However, while being detained in Warren County, I was charged with Criminal possession of a Controlled Substance in the 2nd degree.

I told said officers that it was impossible for me to have a parole warrant because I was never placed on (NO) parole supervision under State Number 00R5949. I was sentenced to a flat 4 years only per commitment papers without no post release supervision imposed.



On the date of the 17th of September 2008, I was released to the NYC Police Department, And was taken to Riker Island for the purpose of A Final revocation hearing for A violation of parole under Said State number 00R5949. A this point I Appeared in front of A Administrative Judge whom Also informed me that I never was given no parole under State number 00R5949. my case was dismissed, And I was released back to Warren County, where I posted bail. I Served A total of 8-10 months jail time for A Parole Violation while never having no parole.

ODELL WILSON
3101700704
East Elmhurst
Queens N.Y. 11370
R.N.D.C (C-74)

USM p3 SDNY



U.S. POSTAGE PAID
EAST ELMHURST, NY
T369
OCT 06, 17
AMOUNT
**$7.71**
R2305K135030-03

CERTIFIED MAIL
7017 1000 0000 9965 6627

500 Pearl Street  230
New York, New York  07
Pro-Se Office
Southern District of New York

RECEIVED
SDNY DOCKET UNIT
2017 OCT 11 AM 10:47